Fill in this information to identify your case:

Debtor 1 _Umayma N Podriguez Luri_
First Name   Middle Name   Last Name

Debtor 2 _n/a_
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _County_ District of _South Florida_

Case number _21-11540 PDR_
(If known)

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?

   ☐ Married
   ☑ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| _Seaview Apartment Complex_ Number Street _Apartment AF1 Carr 102 Kye 75_ _Mayaguez PR 00680_ City State ZIP Code | From _06/2020_ To _07/2020_ | ☐ Same as Debtor 1 Number Street City State ZIP Code | ☐ Same as Debtor 1 From _____ To _____ |
| Number Street City State ZIP Code | From _____ To _____ | ☐ Same as Debtor 1 Number Street City State ZIP Code | ☐ Same as Debtor 1 From _____ To _____ |

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out Schedule H: Your Codebtors (Official Form 106H).

### Part 2: Explain the Sources of Your Income

Official Form 107   Statement of Financial Affairs for Individuals Filing for Bankruptcy   page 1

_Umayma N. Rodriguez_
_Debtor's Signature_
_02/26/2021_

Debtor 1   _Omayra Noemi Rodriguez Kim_

First Name   Middle Name   Last Name

Case number (if known)   __21-11540-PDR__

---

4   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) |
| From January 1 of current year until<br>the date you filed for bankruptcy: | ☑ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ *1,128.00 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ |
| For last calendar year:<br>(January 1 to December 31, __2019__ )<br>YYYY | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ *32,000 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ |
| For the calendar year before that:<br>(January 1 to December 31, __2018__ )<br>YYYY | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ 93,456 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $ |

* estimated

5   **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) |
| From January 1 of current year until<br>the date you filed for bankruptcy: | G1 Bill | $ 1,200.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| For last calendar year:<br>(January 1 to December 31, __2020__ )<br>YYYY | Unemployment | $ 275.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| For the calendar year before that:<br>(January 1 to December 31, __2019__ )<br>YYYY | lotery | $ 1,000.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |

_Omayra N. Rodriguez_ estimated
Debtor's signature
02/26/2021

Page _34_ of _56_

Debtor 1  _Omayra  Noemi  Rodriguez Nin_
First Name      Middle Name      Last Name

Case number (if known) _21-11540-PDR_

---

**Part 3:**  **List Certain Payments You Made Before You Filed for Bankruptcy**

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☐ No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment

☑ Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name | | $ | $ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other |
| Number   Street | | | | |
| City   State   ZIP Code | | | | |
| Creditor's Name | | $ | $ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other |
| Number   Street | | | | |
| City   State   ZIP Code | | | | |
| Creditor's Name | | $ | $ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other |
| Number   Street | | | | |
| City   State   ZIP Code | | | | |

_Omayra N. Rodriguez_
Debtor's signature
02/24/2021

Page _35_ of _56_

Debtor 1    *Amayra Noemi Rodriguez Ruiz*
         First Name    Middle Name    Last Name

Case number *(if known)*   21-11540-PDR

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

   Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| City    State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment. Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| City | | | | |

*Amayra M. Rodriguez*
Debtor's signature
02/26/2021

*Pag 36 of 56*

Debtor 1   *Amayra* *Noemi* *Rodriguez Run*   Case number *(if known)* 21-11540-PDR

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes. Fill in the details.

|  | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title | | Court Name | ☐ Pending |
| | | | ☐ On appeal |
| | | | ☐ Concluded |
| Case number | | Number   Street | |
| | | City   State   ZIP Code | |
| Case title | | Court Name | ☐ Pending |
| | | | ☐ On appeal |
| | | Number   Street | ☐ Concluded |
| Case number | | City   State   ZIP Code | |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

|  | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number   Street | | | |
| | Explain what happened | | |
| | ☐ Property was repossessed. | | |
| | ☑ Property was foreclosed. | | |
| City   State   ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |
|  | Describe the property | Date | Value of the property |
| | | | $ |
| Creditor's Name | | | |
| Number   Street | | | |
| | Explain what happened | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| City   State   ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

Page 37 of 56

Official Form 107   Debtor's Signature   Statement of Financial Affairs for Individuals Filing for Bankruptcy

02/26/2021

page 5

Debtor 1 _Omayra N. Rodriguez Ruiz_                    Case number (if known) _21-11540-PDR_

First Name   Middle Name   Last Name

---

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number   Street | | | |
| City   State   ZIP Code | Last 4 digits of account number. XXXX-___ ___ ___ ___ | | |

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No

☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| | | | $ |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| | | | $ |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you | | | |

Official Form 107      Statement of Financial Affairs for Individuals Filing for Bankruptcy      page 6

_Omayra N. Rodriguez_
_Debtor's signature_
_02/26/2021_

Page 38 of 56

Debtor 1   *Omayra N Rodriguez R*    Case number *(if known)*  21-11540-PDR

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | $ |
| Charity's Name | | | $ |
| | | | |
| Number   Street | | | |
| | | | |
| City      State      ZIP Code | | | |

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | | |
| | | | $ |

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number   Street | | | $ |
| | | | $ |
| City      State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 7

*Omayra N Rodriguez*
*Debtor's Signature*
*03/26/2021*

Page 39 of 56

Debtor 1   *Amayra N. Rodriguez Ruiz*   Case number (if known) 21-11540-PDR

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number   Street | | | $ |
| | N/A | | |
| City   State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number   Street | N/A | | $ |
| City   State   ZIP Code | | | $ |

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Hector R. Altiery Vigo | Toyota Corolla 2012 | Divorce Settlement effective 2013 | 2020 |
| Person Who Received Transfer | | | |
| 839 Garnet Circle | | | |
| Number   Street | | | |
| Weston, FL 33326 | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you | | | |
| Person Who Received Transfer | | | |
| Number   Street | N/A | | |
| City   State   ZIP Code | | | |
| Person's relationship to you | | | |

Pag 40 of 56

Official Form 107   *Amayra N. Rodriguez*   Statement of Financial Affairs for Individuals Filing for Bankruptcy   page 8
*Debtor's signature*
02/26/2021

Debtor 1 _Omayra N. Rodriguez Rari_        Case number (if known) _21-11540-PDR_
         First Name    Middle Name    Last Name

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust ___ | | |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution | XXXX– ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other___ | ___ | $___ |
| Number    Street | | | | |
| City    State    ZIP Code | | | | |
| Name of Financial Institution | XXXX– ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other___ | ___ | $___ |
| Number    Street | | | | |
| City    State    ZIP Code | | | | |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution | Name | | ☐ No ☐ Yes |
| Number    Street | Number    Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

_Pag 41 de 56_

Official Form 107            Statement of Financial Affairs for Individuals Filing for Bankruptcy            page 9

_Omayra N. Rodriguez_
_Debtor's Signature_
_02/24/2021_

Debtor 1  _Umayra  Noeeni Hodrigue Ruiz_  Case number (if known) _21-11540-PDR_

First Name    Middle Name    Last Name

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number  Street | Number  Street | | |
| | City State  ZIP Code | | |
| City    State    ZIP Code | | | |

## Part 9:    Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name  839 Garnet Circle | 839 Garnet Circle | Personal items (i.e. clothing, books, games, photos, electronic devices) | $ 6,999 |
| Number  Street | Number  Street | | * Estimated |
| Weston Fl  33326 | Weston, FL 33326 | | See Attach #1 |
| City    State    ZIP Code | City    State    ZIP Code | | official form 106 |
| * Family Members | | | |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number  Street | Number  Street | | |
| | City    State  ZIP Code | | |
| City    State    ZIP Code | | | |

_Page 42 of 56_

Official Form 107  _Umayra N. Roelkguez_  Statement of Financial Affairs for Individuals Filing for Bankruptcy  page 10
_Debtor's Signature_
_02/26/2021_

Debtor 1  _Omayra N. Rodriguez Kira_    Case number (if known) _21-11540-PDR_
First Name    Middle Name    Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| | City   State   ZIP Code | | |
| City   State   ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| | Number   Street | | ☐ Concluded |
| Case number | City   State   ZIP Code | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| Number   Street | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |
| | Describe the nature of the business | Employer Identification number |
| Business Name | | Do not include Social Security number or ITIN. |
| Number   Street | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 11

_Omayra N. Rodriguez_
_Debtor's Signature_
_02/26/2021_

_Pag 43 of 56_

Debtor 1 _Omayra N. Rodriguez Kuri_
First Name    Middle Name    Last Name

Case number _(if known)_ _21-11540-PDR_

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| | | |
| City         State    ZIP Code | | From _____ To _____ |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No

❑ Yes. Fill in the details below.

| | Date issued |
|---|---|
| Name | MM / DD / YYYY |
| Number  Street | |
| City         State    ZIP Code | |

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**✗** _Omayra N. Rodriguez_                         **✗** _____

Signature of Debtor 1                              Signature of Debtor 2

Date _02/25/2021_                                  Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?*

❑ No

☑ Yes    _See Attachment #1 to Official Form 106 A/B_

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

❑ Yes. Name of person _____    Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

_Omayra N. Rodriguez_
_Debtor's Signature_

_Pay 44 of 56_

Official Form 107    _02/26/2021_    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 12

| Print | Save As... | Add Attachment | Reset |

Fill This Information to Identify Your Case:

Debtor 1    Omayra Noemi Rodriguez Ruiz
            First Name   Middle Name   Last Name

Debtor 2                 n/a
            First Name   Middle Name   Last Name

United States Bankruptcy Court for the Broward County District of Southern Florida Region

Case Number (if known)   21-11540-PDR    Chapter  7

EMERGENCY HEARING REQUESTED - MOTION ISSUED TO REQUEST HONORABLE LOCAL, FEDERAL JUDGE(S) AND TRUSTEE TO USE THE DOCUMENTS SUBMITTED TODAY 03/03/2021 AS PART OF THE EVIDENCE SUBMITTED FOR THE EMERGENCY HEARING SCHEDULED FOR TOMORROW 03/04/2021 AT 10:00AM.

The purpose of this letter is to request that the local, federal honorable judge(s) and the trustee evaluate and accept the information listed below as part of my filling package for Chapter 7.

1) Review entries to Official Form 106C "Schedule C: The property you claimed as exempt" along with the Attachment 1 Official Form A/B "Schedule A/B: Property". Primarly, this petition is due the latter already list the information requested in part of Official Form 106C. Also, please also consider that the information is documented in part on Official Form 106D "Schedule D: Creditors Who Have Claims Secured by Property", page 3.

2) Review documents even when they may look incomplete. For example;

   a) Official Form 106D "Schedule D: Creditors Who Have Claims Secured by Property" due lack of information on some entries such as "Amount of Claim". Primarily, this petition is based on the fact that there may be processes (i.e. creditor's claims, legal services) not initiated yet against the debtor.

   b) Official Form 401 "Chapter 15 Petition for Recognition of a Foreign Proceeding" due lack of information on some entries such as "Name of Foreign Representatives", as this form is meant to inform about legal processes for properties outside the country and I am trying to obtain information related to the proceedings initiated by a creditor via civil case MZ2020CV01069 initiated in Puerto Rico - US Territory.

   c) Official Form 106E/F "Schedule E/F: Creditors Who Have Unsecured Claims" due lack of information on some entries such as "Type of PRIORITY unsecured claims". Primarily, this petition is because they are debts related potential legal processes not yet initiated, or informed, to me that could progress as also does this filling for Chapter 7 (i.e. home owners association fees, local takes, federal taxes, home insurance, car insurance).

   d) Official From 106Sum "Summary of Your Assets and Liabilities and Certain Statistical Information" due amounts that cannot be determined at this point of the process required Part 2 (i.e. From Schedule D, E/F). For example, there is no information to allow estimate the cost of proceedings in PR − US Territory.

Page 45 of 56

e) Official Form 107 "Statement of Financial Affairs for Individuals Filling for Bankruptcy", Part 9, due no name was indicated under that part. Primarily, this petition is because a pre-liminary list of items was prepared and submitted as Attachment I Official Form "Schedule A/B: Property". There are various items that pertain to family member located outside the area.

f) Official Form 108 "Statement of Intention for Individuals Filling Under Chapter 7", Part 2, due unexpired personal contracts are documented in part of other forms. Primarily, this petition is due the information documented in Official Form 106G "Schedule G: Executory Contracts and Unexpired Leases".

g) Official Form 106E/F "Schedule E/F; Creditors Who Have Unsecured Claims", Part 3, most creditors who need to be notified about unexpired contracts are documented in part of other forms. Primarily, this petition is due the information documented in Official Form 106D "Schedule D: Creditors Who Have Claims Secure by Property".

3) Review entries to Official Form 106H "Schedule H: Your Codebtors", Part 3, as mechanism to exempt from financial responsibility the ex-husband on account(s) opened during marriage. The latter, is due to the fact that both names may still be registered in application documents or records used to open accounts such as utilities (i.e. water bill, family cell phone accounts)

4) Review this filling for Chapter 7 although the debtor had received a notification from Bank of America, N.A. about a voluntary dismissal without prejudice for civil COCE-20-032760, as of Feb 23, 2021. Primarily, this petition is due debt was incurred using a credit card applied to Bank of America, I do have serious and extended financial hardships, and there is lack of information on the legal strategy planned by the bank to recover his money.

5) Review Official Form 106I "Schedule I: Your Income" taking in consideration that the income registered there is from GI Bill mean to be used to study, and dependent on variable factors such as availability of courses and student performance. Primarily, this petition is due classes are not scheduled for summer periods, funds approved to be available to be used not to extend three (3) years, etc.

I also want to ask the honorable judges to consider current business practices of business, and issue their opinion / decision to prevent cancellation of all credit cards. Primarily, this request is due to the fact that there are services which cannot be acquired without using credit cards (i.e. car rental, purchase books online, purchase airplane tickets). A more dramatic but still true situation is the ongoing CoVID19 pandemic when many had experienced limited physical access to places having to make purchases online and/or over the phone using credit cards. For the record, I have already tried using a pre-paid credit card, but the system does allow for the type of service / purchase needed.

Omayra N Rodriguez Ruiz    03/03/2021
Debtor Last 4SS = 4615

Pag 46 of 56

Fill in this information to identify your case:

Debtor 1 _Umayra N. Rodriguez Kure_
First Name    Middle Name    Last Name

Debtor 2 _n/a_
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: _Broward_ County District of _Southern Florida_

Case number _21-11540-PDR_
(If known)

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Freedom Mortgage**<br>Description of property securing debt: **839 Garnet Circle Weston, FL 33326** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☑ Retain the property and [explain]. _____ | ☐ No<br>☑ Yes |
| Creditor's name: **Wells Fargo**<br>Description of property securing debt: **March 3 2018** | ☐ Surrender the property<br>☑ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]. _____ | ☐ No<br>☑ Yes |
| Creditor's name: **Bank of América**<br>Description of property securing debt: **Subaru Forester 2015** | ☐ Surrender the property.<br>☑ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement<br>☐ Retain the property and [explain]. _____ | ☐ No<br>☑ Yes |
| Creditor's name: **Coop. Ahorry Crédito de Rincón**<br>Description of property securing debt: **6.69 cds of land nald 504 Km.<br>Carrreras, Añasco P.R. 00610** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☑ Retain the property and [explain]. _____ | ☐ No<br>☑ Yes |

Page 47 of 56

Debtor 1   _Omayra N. Kodríguez Kun_

First Name    Middle Name    Last Name

Case number (if known) _21-11540-PDR_

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases

| | Will the lease be assumed? |
|---|---|
| Lessor's name:  Roberto Gonzalez  MAR Enterprises LLC  Description of leased property:  Seaview Apartment Complex  Apartment AF-1 | ☑ No  ☐ Yes |
| Lessor's name:  Description of leased property: | ☐ No  ☐ Yes |
| Lessor's name:  Description of leased property: | ☐ No  ☐ Yes |
| Lessor's name:  Description of leased property: | ☐ No  ☐ Yes |
| Lessor's name:  Description of leased property: | ☐ No  ☐ Yes |
| Lessor's name:  Description of leased property: | ☐ No  ☐ Yes |
| Lessor's name:  Description of leased property: | ☐ No  ☐ Yes |

_See Property_

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

x _Omayra N. Kodríguez_     x _____

Signature of Debtor 1            Signature of Debtor 2

Date 02/25/2021     Date _____
     MM / DD / YYYY            MM / DD / YYYY

_Omayra N. Kodríguez  signed seal_
_Feb 26 15  signed Feb_
02/26/2021

Page 48 of 56

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 2

Print    Save As    Add Attachment    Reset

Fill in this information to identify your case:

Debtor 1 _Umaym N. Rodriguez Kun_
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name _N/a_
Middle Name   Last Name

United States Bankruptcy Court for the: _Broward_ _County_ District of _Southern Florida_

Case number _21-11540 PDR_
(if known)

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| _Seaview Apartment Complx_ <br> Number   Street <br> _Apartment AF1 Carr 102 Km 7.5_ <br> _Mayaguez PR 00680_ <br> City   , State   ZIP Code | From _06/2020_ <br> To _07/2020_ | ☐ Same as Debtor 1 <br><br> Number   Street <br><br><br> City   State   ZIP Code | ☐ Same as Debtor 1 <br> From _____ <br> To _____ |
| <br> Number   Street <br><br> City   State   ZIP Code | From _____ <br> To _____ | ☐ Same as Debtor 1 <br><br> Number   Street <br><br> City   State   ZIP Code | ☐ Same as Debtor 1 <br> From _____ <br> To _____ |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:    Explain the Sources of Your Income

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 1

_Umaya N. Kat_
_Debtor's Signature_
_02/26/2021_

Debtor 1  _Amaya  Noemi  Rodriguez Run_
          First Name   Middle Name   Last Name

Case number (if known)  _21-11540- PDR_

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☑ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ *1,128.⁰⁰ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For last calendar year:**<br>(January 1 to December 31, _2019_ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | * $ 32,000 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For the calendar year before that:**<br>(January 1 to December 31, _2018_ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 93,456 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

* estimated

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | GI Bill | $ 1,200.⁰⁰ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:**<br>(January 1 to December 31, _2020_)<br>YYYY | Unemployment | $ 275.⁰⁰ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:**<br>(January 1 to December 31, _2019_)<br>YYYY | lotery | $ 1,000.⁰⁰ | | $ |
| | | $ | | $ |
| | | $ | | $ |

_Amaya N. Rodriguez estimated_
_Debtor 5, signature_
02/26/2021

Pag 34 of 56

Debtor 1    _Omayra Noemi Rodriguez Ruiz_
            First Name    Middle Name    Last Name

Case number (if known) _21-11540-PDR_

---

**Part 3:** **List Certain Payments You Made Before You Filed for Bankruptcy**

---

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

❏ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

❏ No. Go to line 7.

❏ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

❏ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name<br><br>Number    Street<br><br>City    State    ZIP Code | | $ | $ | ❏ Mortgage<br>❏ Car<br>❏ Credit card<br>❏ Loan repayment<br>❏ Suppliers or vendors<br>❏ Other _____ |
| Creditor's Name<br><br>Number    Street<br><br>City    State    ZIP Code | | $ | $ | ❏ Mortgage<br>❏ Car<br>❏ Credit card<br>❏ Loan repayment<br>❏ Suppliers or vendors<br>❏ Other _____ |
| Creditor's Name<br><br>Number    Street<br><br>City    State    ZIP Code | | $ | $ | ❏ Mortgage<br>❏ Car<br>❏ Credit card<br>❏ Loan repayment<br>❏ Suppliers or vendors<br>❏ Other _____ |

Page 35 of 56

_Omayra N. Rodriguez R._
Debtor's signature
02/24/2021

Debtor 1  _Umaym Noemi Rodriguez Kuri_  Case number (if known) _21-11540-PDR_
First Name    Middle Name    Last Name

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

❑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City          State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City          State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

❑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City          State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| City          State    ZIP Code | | | | |

_Umayma N. Rodriguez_
_Debtor's signature_
_02/26/2021_

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy

Page _36_ of _56_

page 4

Debtor 1 _Amayra Noemi Rodriguez Run_
First Name    Middle Name    Last Name

Case number *(if known)* _21-11540-PDR_

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes. Fill in the details.

   | | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Case title _____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number    Street _____ <br><br> City ____ State ____ ZIP Code ____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
   | Case title _____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number    Street _____ <br><br> City ____ State ____ ZIP Code ____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Describe the property | Date | Value of the property |
    |---|---|---|
    | Creditor's Name _____ <br><br> Number    Street _____ <br><br> City ____ State ____ ZIP Code ____ <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _____ | $_____ |
    | Creditor's Name _____ <br><br> Number    Street _____ <br><br> City ____ State ____ ZIP Code ____ <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _____ | $_____ |

_Amayra N. Rodri[...]_
_Debtors Signature_
_02/26/2021_

Page 37 of 56

Debtor 1 _Amayra N. Rodriguez Ruiz_

First Name    Middle Name    Last Name

Case number *(if known)* _21-11540-PDR_

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| | | | $_____ |
| Number   Street | | | |
| | | | |
| City   State   ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:   List Certain Gifts and Contributions**

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you  _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

Official Form 107   Statement of Financial Affairs for Individuals Filing for Bankruptcy

_Amayra N. Rodrig_
_Debtor's signature_
_02/24/2021_

Debtor 1 _Amayra M. Rodriguez R._    Case number (if known) _21-11540-PDR_
          First Name    Middle Name    Last Name

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |

---

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss. Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:    List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| | | _____ | $_____ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 7

_Amayra M. Rodriguez_
_Debtor's signature_
_02/26/2021_

_Page 39 of 56_

Debtor 1 _Amayra N. Rodriguez Rey_
First Name    Middle Name    Last Name

Case number (if known) __21-11540-PDR__

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Person Who Was Paid
_____

Number    Street
_____          _____   $_____

_____          _____   $_____

City        State    ZIP Code
_____

Email or website address
_____

Person Who Made the Payment, if Not You
_____

N/A

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Person Who Was Paid
_____

Number    Street
_____          _____   $_____

_____          _____   $_____

City        State    ZIP Code
_____

N/A

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|
| Toyota Corolla 2012 | Divorce Settlement effective 2013 | 2020 |

_Hector R. Altiery Vigo_
Person Who Received Transfer
_839 Garnet Circle_
Number    Street

_Weston, FL  33326_
City        State    ZIP Code

Person's relationship to you _____

Person Who Received Transfer
_____

Number    Street
_____

City        State    ZIP Code
_____          _____

Person's relationship to you _____

N/A

_Pag 40 of 56_

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 8

_Amayra N. Rodriguez_
_Debtors Signature_
_03/24/2021_

Debtor 1 _Omayra N. Rodriguez Ruri_
First Name    Middle Name    Last Name

Case number (if known) _21-11540-PDR_

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |
| _____ | | |

---

**Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX–__ __ __ __ | ☐ Checking | _____ | $_____ |
| Number   Street _____ | | ☐ Savings | | |
| _____ | | ☐ Money market | | |
| _____ | | ☐ Brokerage | | |
| City        State   ZIP Code | | ☐ Other_____ | | |
| Name of Financial Institution _____ | XXXX–__ __ __ __ | ☐ Checking | _____ | $_____ |
| Number   Street _____ | | ☐ Savings | | |
| _____ | | ☐ Money market | | |
| _____ | | ☐ Brokerage | | |
| City        State   ZIP Code | | ☐ Other_____ | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name of Financial Institution _____ | Name _____ | | ☐ Yes |
| Number   Street _____ | Number   Street _____ | | |
| _____ | City   State   ZIP Code | | |
| City        State   ZIP Code | | | |

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 9

_Omayra N. Rodriguez Ruri_
DEBTOR'S SIGNATURE
02/24/2021

Page 41 of 56

Debtor 1 _Amayra Naeni Rodriguez Ruiz_
First Name    Middle Name    Last Name

Case number (if known) _21- 11540 - PDR_

---

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☐ No ☐ Yes |
| Number    Street | Number    Street | | |
| | City State  ZIP Code | | |
| City          State    ZIP Code | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| ✱ Owner's Name ✱ 839 Garnet Circle | 839 Garnet Circle | Personal items (i.e. clothing, books, games, photos, electronic devices) | ✱ $ 6,999 |
| Number    Street | Number    Street Weston    FL 33326 | | ✱ Estimated |
| Weston Fl  33326 | | | See Attach #1 |
| City        State    ZIP Code | City        State    ZIP Code | | Official form 106A/B |
| ✱ Family Members | | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- **Environmental law** means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- **Site** means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- **Hazardous material** means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | City        State    ZIP Code | | |
| City        State    ZIP Code | | | |

Page 42 of 56

Official Form 107    _Amayra N. Rodriguez_ Statement of Financial Affairs for Individuals Filing for Bankruptcy    page **10**
Debtor's Signature
02/26/2021

Debtor 1 _Amayra N. Rodriguez Kuri_

First Name    Middle Name    Last Name

Case number (if known) _21-11540 - PDR_

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| | City   State   ZIP Code | | |
| City   State   ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| | Number   Street | | ☐ On appeal |
| Case number | City   State   ZIP Code | | ☐ Concluded |

---

### Part 11:   Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |
| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

_Debtor's Signature_
_02/26/2021_

_Pay 43 of 56_

Debtor 1 _Omayra N. Rodriguez Kun_

First Name    Middle Name    Last Name

Case number (if known) _21-11540-PDR_

---

**Describe the nature of the business**

Business Name _____

Number   Street _____

City    State    ZIP Code _____

Name of accountant or bookkeeper _____

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: _ _ – _ _ _ _ _ _ _

**Dates business existed**

From _____ To _____

---

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

Name _____

Number   Street _____

City    State    ZIP Code _____

**Date issued**

MM / DD / YYYY _____

---

| Part 12: | Sign Below |
| --- | --- |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Omayra N. Rodriguez R._    ✗ _____

**Signature of Debtor 1**    **Signature of Debtor 2**

Date _02/25/2021_    Date _____

**Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?**

☐ No
☑ Yes    _See Attachment #1 to Official Form 106 A/B_

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

_Omayra N. Rodri..._
_Debtor's Signature_
_02/24/2021_

_Pag 44 of 56_

| Print | Save As... | Add Attachment | | Reset |

Page _1_ of _2_
Attachment 1 Official Form 107
Debtor Omayra N Rodriguez Ruiz
Debtor's Last 4SS = 4615

Fill This Information to Identify Your Case:

Debtor 1      Omayra  Noemi  Rodriguez  Ruiz
              First Name   Middle Name   Last Name

Debtor 2 _____ n/a _____
              First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Broward County District of Southern Florida
Region

Case Number (if known): __21-11540-PDR____ Chapter __7_

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MAR 18 2021

FILED          RECEIVED

EMERGENCY HEARING REQUESTED - MOTION ISSUED TO REQUEST
HONORABLE LOCAL, FEDERAL JUDGE(S) AND TRUSTEE TO USE THE
DOCUMENTS SUBMITTED TODAY 03/03/2021 AS PART OF THE EVIDENCE
SUBMITTED FOR THE EMERGENCY HEARING SCHEDULED FOR TOMORROW
03/04/2021 AT 10:00AM.

The purpose of this letter is to request that the local, federal honorable judge(s) and the
trustee evaluate and accept the information listed below as part of my filling package for
Chapter 7.

1) Review entries to Official Form 106C "Schedule C: The property you claimed as
   exempt" along with the Attachment 1 Official Form A/B "Schedule A/B: Property".
   Primarily, this petition is due the latter already list the information requested in part of
   Official Form 106C. Also, please also consider that the information is documented in
   part on Official Form 106D "Schedule D: Creditors Who Have Claims Secured by
   Property", page 3.

2) Review documents even when they may look incomplete. For example;

   a) Official Form 106D "Schedule D: Creditors Who Have Claims Secured by
      Property" due lack of information on some entries such as "Amount of Claim".
      Primarily, this petition is based on the fact that there may be processes (i.e.
      creditor's claims, legal services) not initiated yet against the debtor.

   b) Official Form 401 "Chapter 15 Petition for Recognition of a Foreign
      Proceeding" due lack of information on some entries such as "Name of Foreign
      Representatives", as this form is meant to inform about legal processes for
      properties outside the country and I am trying to obtain information related to
      the proceedings initiated by a creditor via civil case MZ2020CV01069 initiated
      in Puerto Rico - US Territory.

   c) Official Form 106E/F "Schedule E/F: Creditors Who Have Unsecured Claims"
      due lack of information on some entries such as "Type of PRIORITY unsecured
      claims". Primarily, this petition is because they are debts related potential legal
      processes not yet initiated, or informed, to me that could progress as also does
      this filling for Chapter 7 (i.e. home owners association fees, local takes, federal
      taxes, home insurance, car insurance).

   d) Official From 106Sum "Summary of Your Assets and Liabilities and Certain
      Statistical Information" due amounts that cannot be determined at this point of
      the process required Part 2 (i.e. From Schedule D, E/F). For example, there is
      no information to allow estimate the cost of proceedings in PR – US Territory.

Page 45 of 56

e) Official Form 107 "Statement of Financial Affairs for Individuals Filling for Bankruptcy", Part 9, due no name was indicated under that part. Primarily, this petition is because a pre-liminary list of items was prepared and submitted as Attachment I Official Form "Schedule A/B: Property". There are various items that pertain to family member located outside the area.

f) Official Form 108 "Statement of Intention for Individuals Filling Under Chapter 7", Part 2, due unexpired personal contracts are documented in part of other forms. Primarily, this petition is due the information documented in Official Form 106G "Schedule G: Executory Contracts and Unexpired Leases".

g) Official Form 106E/F "Schedule E/F; Creditors Who Have Unsecured Claims", Part 3, most creditors who need to be notified about unexpired contracts are documented in part of other forms. Primarily, this petition is due the information documented in Official Form 106D "Schedule D: Creditors Who Have Claims Secure by Property".

3) Review entries to Official Form 106H "Schedule H: Your Codebtors", Part 3, as mechanism to exempt from financial responsibility the ex-husband on account(s) opened during marriage. The latter, is due to the fact that both names may still be registered in application documents or records used to open accounts such as utilities (i.e. water bill, family cell phone accounts)

4) Review this filling for Chapter 7 although the debtor had received a notification from Bank of America, N.A. about a voluntary dismissal without prejudice for civil COCE-20-032760, as of Feb 23, 2021. Primarily, this petition is due debt was incurred using a credit card applied to Bank of America, I do have serious and extended financial hardships, and there is lack of information on the legal strategy planned by the bank to recover his money.

5) Review Official Form 106I "Schedule I: Your Income" taking in consideration that the income registered there is from GI Bill mean to be used to study, and dependent on variable factors such as availability of courses and student performance. Primarily, this petition is due classes are not scheduled for summer periods, funds approved to be available to be used not to extend three (3) years, etc.

I also want to ask the honorable judges to consider current business practices of business, and issue their opinion / decision to prevent cancellation of all credit cards. Primarily, this request is due to the fact that there are services which cannot be acquired without using credit cards (i.e. car rental, purchase books online, purchase airplane tickets). A more dramatic but still true situation is the ongoing CoVID19 pandemic when many had experienced limited physical access to places having to make purchases online and/or over the phone using credit cards. For the record, I have already tried using a pre-paid credit card, but the system does allow for the type of service / purchase needed.

Omayra N Rodriguez Ruiz      03/03/2021
Debtor Last 4SS = 4615

Fill in this information to identify your case:

Debtor 1 _Umayra N. Rodriguez Kuir_
First Name    Middle Name    Last Name

Debtor 2 _n/a_
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _Broward County_ District of _Southern Florida_

Case number _21- 11540 - BDR_
(if known)

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: _Freedom Mortgage_ <br> Description of property securing debt: _839 Garnet Circle Weston, FL 33326_ | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☑ Retain the property and [explain]: _____ | ☐ No <br> ☑ Yes |
| Creditor's name: _Wells Fargo_ <br> Description of property securing debt: _March 3 2018_ | ☐ Surrender the property. <br> ☑ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☑ Yes |
| Creditor's name: _Bank of America_ <br> Description of property securing debt: _Subaru Forester 2015_ | ☐ Surrender the property. <br> ☑ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☑ Yes |
| Creditor's name: _Coop. Ahorry Credito de Lomen_ <br> Description of property securing debt: _6.69 cds of land Road 504 Km el Carreao, Añasco P.R. 00610_ | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☑ Retain the property and [explain]: _____ | ☐ No <br> ☑ Yes |

_Pay 47 of 56_

*Omayra N. Rodriguez Kuri*

Debtor 1  _____
          First Name    Middle Name    Last Name

Case number (if known) __21-11540-PDR__

---

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

**Will the lease be assumed?**

| | |
|---|---|
| Lessor's name: *Roberto Gonzalez MAR Enterprises LLC* | ☑ No  ☐ Yes |
| Description of leased property: *Seaview Apartment Complex Apartment AF-1* | |

| | |
|---|---|
| Lessor's name: | ☐ No  ☐ Yes |
| Description of leased property: | |

| | |
|---|---|
| Lessor's name: | ☐ No  ☐ Yes |
| Description of leased property: | |

*See Mortgage*

| | |
|---|---|
| Lessor's name: | ☐ No  ☐ Yes |
| Description of leased property: | |

| | |
|---|---|
| Lessor's name: | ☐ No  ☐ Yes |
| Description of leased property: | |

| | |
|---|---|
| Lessor's name: | ☐ No  ☐ Yes |
| Description of leased property: | |

| | |
|---|---|
| Lessor's name: | ☐ No  ☐ Yes |
| Description of leased property: | |

---

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ _Omayra N. Rodriguez K_____          ✗ _____
Signature of Debtor 1                         Signature of Debtor 2

Date __02/25/2021__                           Date _____
     MM / DD / YYYY                                MM / DD / YYYY

*Omayra N. Rodriguez*
*Debtor's signature*

Date __02/26/2021__

*Page 48 f 56*

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 2

Print          Save As          Add Attachment          Reset